# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                              No. 4:20-cr-104-DPM

KEVIN MICHAEL HICKS                                        DEFENDANT

## ORDER

For the reasons stated from the bench during the 13 January 2026 hearing, the Court directs the United States Probation Office to return Hicks's DVD copies of Animal House and The Boys, if it hasn't done so already.

The Probation Office also seized the following property from Hicks: a 1-Android 13 cell phone, IMEI 359105121009967/IMEI 359105121060085; a Hustler DVD; a Porky's 2 DVD; a Hardcore Henry DVD; a Private Parts DVD; an empty SIM card; a High Society magazine; a Hustler magazine; and "sexy girls" playing cards.  He was prohibited from possessing these items.  Hicks admitted guilt, and the Court revoked his supervised release.  *Doc. 68.* Hicks did not appeal the Judgment, and the time to do so has passed. The Court therefore orders that the property be released to the appropriate federal, state, or local law enforcement agency for disposal, or that it be destroyed by the Probation Office.  The Court directs the Clerk to send a copy of this Order to the Probation Office.

-2-

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_19 February 2026_

-2-